# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00614-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR ARRIOLA,

    Defendant.

## MINUTE ORDER[1]

    At the oral request of the parties, the hearing on the motion to continue trial, previously set for October 22, 2010, is **VACATED** and is **CONTINUED** to **October 29, 2010**, at 8:45 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: October 18, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.