# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 03-cr-00614-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR ARRIOLA,

    Defendant.

## MINUTE ORDER[1]

A **Notice of Disposition** [#233] has been filed with the court on December 1, 2010.  On **December 9, 2010**, at 10:00 a.m., M.S.T., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing.  Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  December 1, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.