**Appendix K**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-CR-00614-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR ARRIOLA

    Defendant.

---

## STATEMENT BY DEFENDANT IN ADVANCE OF PLEA OF GUILTY
(In Accordance With the Sentencing Guidelines)

---

    I hereby acknowledge and certify that I have been advised of and that I understand the following facts and rights, that all representations contained herein are true and correct, and that my attorney has assisted me as I have reviewed and completed this form.

1.    The nature of the charge(s) against me has been explained to me by my attorney and the court. I have had an opportunity to discuss with my attorney and with the court the nature of the charge(s) and the elements which the government is required to prove.

2.    I know that when the court sentences me, the court will consider many factors, including certain sentencing guidelines established by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(a), as those sentencing guidelines pertain to the crime I admit I committed, my degree of involvement in that crime, and my personal history and background. I understand

1

that the court has discretion with respect to the application of the sentencing guidelines, and that I could be sentenced to serve the maximum term and pay the maximum fine, as set out in paragraph 3 below.

3. I know that the following penalties may be imposed upon me under the law, as a result of my guilty plea(s):

Counts ONE, TWO AND THREE, as to each count

a. Imprisonment for a term of *[insert if applicable: not less than __10__ years, but]* not more than __life__ years; (can be consecutive)

b. A term of supervised release of *[insert if applicable: not less than __5__ years, but]* not more than __life__ years, pursuant to 18 U.S.C. § 3583;

c. A fine of not more than $ __4,000,000__, pursuant to the statute that I admit I violated and/or the alternative fine schedule set out at 18 U.S.C. § 3571; each count

d. Restitution to the victim(s) of my crime(s) of not more than $ __0__, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664;

e. A special assessment of $ __100__, pursuant to 18 U.S.C. § 3013; each count

f. A prison sentence that may be imposed for a violation of the conditions of probation or supervised release;

g. Loss of civil rights, including but not limited to the rights to possess firearms, vote, hold elected office, and sit on a jury; and

h. Deportation from the United States if I am not a U. S. citizen and my crime satisfies one of the conditions in 8 U.S.C. § 1227(a)(2), or indefinite confinement if there is no country to which I may be deported.

2

*[REPEAT a. THROUGH h. FOR ALL REMAINING COUNTS.]*

4. I know that if I am convicted of more than one count, the sentences may be either concurrent or consecutive.

5. I know that the information set out in Attachment A concerning the collection of fines and restitution applies to me, and I acknowledge that I have read Attachment A.

6. _____ I know that if the blank at the beginning of this sentence is checked, the information set out in Attachment B concerning the payment and collection of restitution applies to me, and I acknowledge that I have read Attachment B.

7. I know that I can be represented by an attorney at every stage of this proceeding, and I know that, if I cannot afford an attorney, one will be appointed to represent me at the government's expense.

8. I know that I have a right to plead "not guilty," and I know that if I do plead "not guilty," I can persist in that plea.

9. I know that I have a right to a trial by jury, and I know that if I choose to stand trial:

   a. I have a right to the assistance of an attorney at every stage of the proceeding;

   b. I have a right to see and observe the witnesses who testify against me;

   c. My attorney can cross-examine all witnesses who testify against me;

   d. I can call such witnesses as I desire, and I can obtain subpoenas to require the attendance and testimony of those witnesses;

e.  If I cannot afford to pay the expenses that witnesses incur, the government will pay those expenses, including mileage and travel expenses, and including reasonable fees charged by expert witnesses;

f.  I cannot be forced to incriminate myself and I do not have to testify at any trial;

g.  I can testify at my trial if I choose to, and I do not have to decide whether to testify until after I have heard the government's evidence against me;

h.  If I do not want to testify, the jury will be told that no inference adverse to me may be drawn from my failure to testify;

I.  The government must prove each and every element of the offense(s) with which I am charged, beyond a reasonable doubt;

j.  In order for me to be convicted, the jury must reach a unanimous verdict of guilty; and

k.  If I were to be convicted, I could appeal, and if I could not afford an appeal, the government would pay the cost of the appeal, including the cost of the services of an appointed attorney.

10. I know that if I plead guilty, there will not be a trial of any kind.

11. I know that if I plead guilty, there will be no appellate review of the question of whether or not I am guilty of the offense(s) to which I have pled guilty.

12. I know that once this court sentences me, both the government and I may be able to seek appellate review of the sentence imposed, pursuant to 18 U.S.C. § 3742. I understand that any such appellate review will extend only to the question of whether a proper sentence was imposed. I understand that the Court of Appeals will not take up the question of whether I am guilty of the

offense(s) to which I have pled guilty. I understand that I will have to serve the sentence that is imposed by this court, subject to modification of the sentence by order of the Court of Appeals and/or the United States Supreme Court.

13. No agreements have been reached and no representations have been made to me as to what the sentence in this case will be, except that which is explicitly detailed in the document entitled "Plea Agreement and Statement of Facts Relevant to Sentencing," which will be tendered to the court during this proceeding. I further understand that any agreements and stipulations in the document entitled "Plea Agreement and Statement of Facts Relevant to Sentencing" are binding on the court only if the parties ask the court in that document to be so bound and only if the court agrees to be so bound when it accepts my guilty plea(s).

14. The only plea agreement which has been entered into with the government is that which is set out in the document entitled "Plea Agreement and Statement of Facts Relevant to Sentencing," which will be tendered by the government and me in this case and which I incorporate herein by reference.

15. I understand that the court can make no decision as to what my sentence will be until the presentence report has been received and reviewed by the court.

16. I know that when I enter my plea(s) of guilty, the court may ask me questions under oath about the offense(s) to which I have pled guilty. The questions, if asked of me on the record and in the presence of my attorney, must be answered by me, and if I give false answers, I can be prosecuted for perjury.

17. I know that I have the right to ask the court any questions that I have concerning my rights, these proceedings, and my plea(s) to the charge(s).



18.  I am __42__ years of age. My education consists of __9th grade high school__.

I ~~can~~ (cannot) understand the English language.  (Circle either "can" or "cannot")

19.  Other than the promises of the government set out in the document entitled "Plea Agreement and Statement of Facts Relevant to Sentencing," no promises and no threats of any sort have been made to me by anyone to induce me or to persuade me to enter my plea(s) in this case.

20.  No one has promised me that I will receive probation or any other form of leniency because of my plea(s) of guilty.

21.  I have had sufficient opportunity to discuss this case and my intended plea(s) of guilty with my attorney.  I do not wish to consult with my attorney any further before I enter my plea(s) of guilty.

22.  I am satisfied with my attorney.  I believe that I have been represented effectively and competently in this case.

23.  My decision to enter the plea(s) of guilty is made after full and careful thought, with the advice of my attorney, and with full understanding of my rights, the facts and circumstances of the case, and the potential consequences of my plea(s) of guilty.  I was not under the influence of any drugs, medication, or intoxicants when I made the decision to enter my guilty plea(s).  I am not now under the influence of any drugs, medication or intoxicants.

24.  I have no mental reservations concerning the entry of my plea(s).

25. Insofar as it shows conduct on my part, the summary of facts set out in the document entitled "Plea Agreement and Statement of Facts Relevant to Sentencing" is true and correct, except as I have indicated in that document.

26. I know that I am free to change or delete anything contained in this statement and that I am free to list my objections and my disagreements with anything contained in the document entitled "Plea Agreement and Statement of Facts Relevant to Sentencing." I accept both documents as they are currently drafted.

27. I wish to plead guilty to the following charge(s): Count One Conspiracy to Possess with Intent to Distribute 5 kilos or more Cocaine 21USC846, 21USC841(a)(1)(b)(1)(A); Count Two Conspiracy to Import 5 kilos or more Cocaine into USA, 21USC963, 21USC841(a)(1)(b)(1)(A); Count Three Money Laundering Conspiracy 18USC1956(h), 18USC2 (Specify which counts and relevant statute citations.)

Dated this 8th day of February, 2011.

/s/ Oscar Arriola on Spanish translation
Defendant

I certify that I have discussed this statement and the document entitled "Plea Agreement and Statement of Facts Relevant to Sentencing" with the defendant. I certify that I have fully explained the defendant's rights to him or her and have assisted him or her in completing this form. I believe that the defendant understands his or her rights and this statement. I believe that the defendant is knowingly and voluntarily entering his or her plea(s) with full knowledge of his or her legal rights, and with full knowledge of the possible consequences of his or her plea(s) of guilty. I believe that there is a factual basis for the plea(s) entered.

Dated this 8th day of February, 2011.

_____
Attorney for Defendant
/s/ Lawrence M. Herrmann on Spanish translation

# ATTACHMENT A

## COLLECTION OF FINE OR RESTITUTION BY GOVERNMENT
## AND PENALTY FOR FAILURE TO PAY
## (See 18 U.S.C. §§ 3611-15)

1. I understand that I will be required to pay interest on any fine or restitution of more than $2,500 unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment or unless interest is waived by the court.

2. I understand that unless modified by the court, interest will be computed daily at a rate equal to the weekly average one-year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the first day on which I am liable for interest.

3. I understand that if a fine or restitution becomes delinquent, I shall be required to pay, as a penalty, an amount equal to ten percent of the principal amount that is delinquent.

4. I understand that if a fine or restitution becomes in default, I shall be required to pay, as a penalty, an amount equal to 15 percent of the principal amount that is delinquent.

5. I understand that in addition to any other collection procedures, any fine or restitution may give rise to the creation of a lien in favor of the United States upon my property and rights of property for payment of such fine or restitution as if my liability were a liability for a tax assessed under the Internal Revenue Code.

6. I understand that if I willfully fail to pay my fine or restitution, the court may revoke my probation or term of supervised release, modify the conditions of my supervision, or resentence me to any sentence which originally might have been imposed.

7. I understand that if I willfully fail to pay my fine, I may be guilty of a separate offense in addition to the offense(s) to which I am pleading guilty. I understand that if I am convicted of this new offense, which is called "Criminal Default" and is set out in 18 U.S.C. § 3615, I may be fined not more than twice the amount of the unpaid balance of the fine or $10,000, whichever is greater, imprisoned not more than one year, or both.

## ATTACHMENT B

### RESTITUTION
(See 18 U.S.C. §§ 3663, 3663A, and 3664)

1.     I understand that in addition to any incarceration, supervised release, probation, fine and other penalties which may be imposed by the court, I also may be required to make restitution to any victim(s) of the offense(s) which I admit I committed, to compensate the victim(s) for any losses they may have sustained as a result of my conduct.

2.     I understand that an order of restitution may be enforced by the government in the manner provided for the collection of fines and restitution under 18 U.S.C. §§ 3611-15 (see Attachment A), or in the same manner as a judgment in a civil action. I further understand that any victim named in the restitution order may enforce the order in the same manner as he/she would enforce a judgment in a civil action.

EN EL TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
PARA EL DISTRITO DE COLORADO

Caso penal: 03-CR-00614-REB-01

LOS ESTADOS UNIDOS DE AMÉRICA,

       Parte acusadora,
contra

1. OSCAR ARRIOLA
       Imputado.

---

**AFIRMACIÓN DEL IMPUTADO PREVIA A UNA DECLARACIÓN DE CULPABLE**
(De conformidad con las Pautas Condenatorias Federales)

---

Por este medio yo declaro y certifico que he sido informado sobre los hechos y garantías constitucionales enumeradas a continuación, que los entiendo, que todas las afirmaciones contenidas en el presente son verdaderas y correctas, y que mi abogado me ha ayudado a repasar y completar este documento.

1. Mi abogado y el Juez me han explicado la naturaleza de los cargos imputados en mi contra. He tenido la oportunidad de hablar con mi abogado y con el Juez sobre la naturaleza de los cargos y los elementos que la Fiscalía estaría obligado a comprobar.

2. Yo sé que cuando el Juez me dicte la pena, puede tomar en cuenta varios factores, entre ellos ciertas pautas de penas establecidas por la Comisión Condenatoria Federal, en conformidad con 28 Código Federal Artículo 994(a), en la medida que aquellas Pautas corresponden al delito que admito haber cometido, mi grado de participación en este delito, y mi pasado y antecedentes personales. Entiendo que el Juez tiene discreción con referencia a la aplicación de las pautas de penas y que me podría dictar la pena máxima de encarcelamiento y ordenarme a pagar la multa máxima, reflejados en el párrafo 3 a continuación.

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

1

3. Entiendo que se me podrían imponer las siguientes penas en conformidad con la ley, como resultado de mi declaración de culpable:

Cargo __uno, dos y tres (1, 2 y 3) cada uno__

    a. Reclusión carcelaria por un plazo *mínimo de* __10__ *años hasta un máximo de* __vida__ *años*;

    b. Un plazo *mínimo de* __5__ *años hasta un máximo de* __vida__ *años* de libertad vigilada post cárcel, conforme a 18 Código Federal, Artículo 3583;

    c. Una multa máxima de __$4,000,000 x3__ dólares, conforme al estatuto que admito haber violado y / o la lista alternativa de multas contempladas en el Título 18 del Código Federal Artículo 3571;

    d. Indemnización a las víctimas de mi(s) delito(s) por un monto de hasta $ __-0-__, conforme a 18 Código Federal Artículos 3663, 3663A y 3664;

    e. Un recargo especial de __$300__, conforme a 18 Código Federal Artículo 3013;

    f. Se podrá imponer una pena de prisión por incumplir las condiciones de la libertad condicional o libertad supervisada post cárcel;

    g. La pérdida de derechos civiles, entre otros el derecho a tenencia de un arma de fuego, a votar, a servir como oficial elegido y a formar parte de un jurado, y

    h. La deportación de los Estados Unidos si no soy ciudadano de los Estados Unidos y si mi delito cumple con las disposiciones de 8 Código Federal, Artículo 1227 (a) (2), o encierro indefinido si no hubiera país al cual se me puede deportar.

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

2

4.  Sé que si soy condenado por más de un cargo, las penas podrán imponerse de manera simultánea o consecutiva.

5.  Entiendo que la información incluida en el Anexo A referente a la recaudación de multas me corresponde a mí y afirmo que he leído el Anexo A.

6.  _____ Sé que si se ha marcado el espacio en blanco al principio de esta frase, la información incluida en el Anexo B referente al pago y la recaudación de indemnización corresponde a mí, y afirmo que he leído el Anexo B.

7.  Entiendo que puedo ser representado por un abogado en cada etapa de este proceso, y sé que si no tengo los recursos para pagar un abogado, será designado uno para representarme a costo del gobierno.

8.  Entiendo que tengo el derecho a declararme "no culpable", y sé que si me declaro "no culpable" puedo insistir en esa declaración.

9.  Yo sé que tengo el derecho a tener un juicio por jurado, y entiendo que si decido llevar mi caso a juicio entonces tendría los siguientes derechos:

    a.  Tendría el derecho a tener un abogado que me ayudara en cada etapa del proceso;

    b.  Tendría el derecho de ver y observar a los testigos que declaren en mi contra;

    c.  Mi abogado podrá contrainterrogar a todos los testigos de cargo;

    d.  Yo podría llamar a los testigos que quisiera, y podría conseguir citatorias judiciales para obligar la comparecencia y el testimonio de tales testigos;

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

3

e. Si yo no tuviera los recursos para pagar los gastos incurridos por testigos, el gobierno tendría que cubrir esos gastos, entre otros millaje, viaje, y honorarios razonables de testigos periciales;

f. No se me podría obligar a inculparme y no estaría obligado a declarar en mi juicio;

g. Yo podría declarar en mi juicio si así deseara, y no tendría que tomar la decisión de declarar o no hasta que hubiera escuchado las pruebas del gobierno presentadas en mi contra;

h. Si yo decidiera no declarar, entonces se les explicaría a los integrantes del jurado que no podrían sacar ninguna inferencia que me perjudique basado en hecho que opté por no declarar;

i. La Fiscalía tendría que comprobar más allá de una duda razonable cada uno de los elementos del delito o de los delitos de los cuales se me acusan;

j. El jurado tendría que llegar a un veredicto unánime para juzgarme culpable; y

k. Si yo llegara a ser condenado, podría apelar, y si no tuviera los recursos para pagar una apelación, el Gobierno pagaría los gastos de la apelación, incluyendo los servicios de un abogado de oficio.

10. Entiendo que si me declaro culpable, entonces no habrá ningún tipo de juicio.

11. Entiendo que si me declaro culpable, un tribunal de apelaciones no podrá revisar la cuestión de mi culpabilidad del delito al cual me he declarado culpable.

12. Yo sé que una vez que este Juez me dicte la pena, tanto la Fiscalía como yo puedo pedir a un tribunal de apelaciones que revise la pena impuesta, en conformidad con el Artículo 3742 del Título 18, Código Federal. Entiendo que la revisión de esta índole sólo estudiaría si es que se impuso la pena correcta. Yo entiendo que el Tribunal de Apelaciones no tratará la

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

cuestión de mi culpabilidad por el delito al cual me he declarado culpable. Entiendo que tendría que purgar la pena impuesta por este Juez, pendiente una modificación eventual de la sentencia por orden del Tribunal de Apelaciones y / o la Corte Suprema de los Estados Unidos.

13. No se ha concertado ningún acuerdo, y no se me ha dicho cual será el castigo definitivo en este caso, aparte de lo que se detalla explícitamente en el documento titulado "Acuerdo Declaratorio y Afirmación Sobre los Hechos Pertinentes a la Pena", que se presentará en el Tribunal durante esta audiencia. También entiendo que cualquier acuerdo y estipulación en el documento titulado "Acuerdo Declaratorio y Afirmación Sobre los Hechos Pertinentes a la Pena" únicamente son obligatorios para el Juez si las partes le pidan eso al Juez en el documento, y únicamente si el Juez acuerda esa obligación cuando acepta mi declaración de culpable.

14. El único acuerdo declaratorio concertado con el gobierno es aquello que está contemplado en el documento titulado "Acuerdo Declaratorio y Afirmación Sobre los Hechos Pertinentes a la Pena", que será presentado por el gobierno y yo en este caso, el mismo que incluyo en el presente por referencia.

15. Entiendo que el Juez no puede tomar ninguna decisión referente a mi castigo hasta que haya recibido y revisado el informe anterior a la sentencia.

16. Entiendo que al declararme culpable, el Juez puede hacerme preguntas bajo juramento a decir la verdad sobre el delito al cual me estoy declarando culpable. Si las preguntas que se me hacen quedan asentadas en el acta oficial y se hacen en la presencia de mi abogado, yo tendré que contestarlas, y si yo diera alguna respuesta falsa podría ser enjuiciado por perjurio.

17. Entiendo que tengo el derecho de plantearle al juez cualquier pregunta que tenga sobre mis derechos, esta audiencia, o mi declaración de culpable.

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

18.   Tengo 42 años. Mi educación consiste en 9º grado de Secundaria.

Yo [puede][no puedo] entender el idioma inglés.

19.   Aparte de las promesas del Gobierno incluidas en el documento titulado "Acuerdo Declaratorio y Afirmación Sobre los Hechos Pertinentes a la Pena", nadie me ha hecho ninguna promesa ni me ha amenazado de ninguna manera para inducirme o persuadirme a declararme culpable en este caso.

20.   Nadie me ha prometido que al declararme culpable yo recibiré la libertad condicional ni ningún otro tipo de clemencia.

21.   He contado con el tiempo suficiente para hablar con mi abogado sobre este caso y mi intención de declararme culpable. No deseo consultar más con mi abogado antes de declararme culpable.

22.   Estoy satisfecho con mi abogado. Creo que he tenido una representación efectiva y competente en este caso.

23.   Tomé la decisión de declararme culpable después de pensarla cuidadosa y detenidamente, tomando en cuenta los consejos de mi abogado y con una comprensión plena de mis derechos, los hechos y circunstancias del caso y las posibles consecuencias de mi declaración de culpable. Cuando tomé la decisión de declararme culpable no me encontraba bajo los efectos de ninguna droga, medicamento, ni sustancia embriagante. Actualmente tampoco me encuentro bajo los efectos de ninguna droga, medicamento ni sustancia embriagante.

24.   No me queda ninguna duda en cuanto a mi declaración de culpable.

25. En lo que se refiere a mi conducta, es verdadero y correcto el resumen de hechos incluidos en el "Acuerdo Declaratorio y Afirmación Sobre los Hechos Pertinentes a la Pena", con la excepción de lo que yo he indicado en ese documento.

26. Entiendo que tengo la libertad de cambiar o tachar cualquier cosa contenida en esta afirmación y que puedo enumerar mis objeciones y desacuerdos con cualquier detalle en el documento titulado "Acuerdo Declaratorio y Afirmación Sobre los Hechos Pertinentes a la Pena". Acepto ambos documentos tal como están redactados actualmente.

27. Deseo declararme culpable de los siguientes cargos: _Conspiracion de Distribuir y Poseer con Intento de Distribuir 5+ kilos de cocaina 21 USC 846, 841 (a)(1) a (b)(1)(A) Conspiracion de Importar 5+ kilos de cocaina a los EE.UU. 21 USC 963, 841 (a)(1) y (b)(1)(A), Lavado de Dolares Conspiracion 18 USC 1956 (a)(1)(A)(i) y (a)(1)(B)(i) y 21 USC 841 (a)(1)_ ( Ponga los cargos y estatutos correspondientes).

Firmado este día el __8__ de __Febrero__ del año __2011__

_____
Imputado

Afirmo que he hablado sobre esta declaración y el documento titulado "Acuerdo Declaratorio y Afirmación sobre los Hechos Pertinentes a la Pena" con el imputado. Certifico que he explicado plenamente al imputado sus derechos y que le he ayudado a completar este documento. Yo creo que el imputado entiende sus derechos y esta afirmación. Creo que el imputado se está declarando culpable a sabiendas y de manera voluntaria, con conocimiento pleno de sus derechos legales y de las posibles consecuencias de su declaración de culpable. Yo creo que la declaración de culpable está basada en hechos.

Firmado este día el __8__ de __Febrero__ del año __2011__.

_____
Abogado del Imputado

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

# ANEXO A

## RECAUDACIÓN DE MULTA O INDEMNIZACIÓN POR EL GOBIERNO Y SANCIÓN POR FALTA DE PAGO
(Véase 18 Código Federal Artículos 3611-15)

1. Yo entiendo que se me obligará a pagar intereses por cualquier multa o indemnización mayor a $2,500 a menos que se pague toda la multa o indemnización antes del día 15 después de la fecha de la sentencia, o a menos que el Juez me exime del pago del interés.

2. Entiendo que a menos que sea modificado por el Juez, se calcularán los intereses en una tasa diaria equivalente al promedio semanal del beneficio al vencimiento invariable de una letra anual del Tesoro, la cual publica la Junta de Gobernadores de la Reserva Federal, correspondiente a la semana civil anterior al primer día en que estoy sujeto a intereses.

3. Yo entiendo que si está morosa una multa o indemnización, tendré que pagar, en concepto de sanción la suma igual al 10 por ciento del capital moroso.

4. Yo entiendo que si está morosa una multa o indemnización, tendré que pagar, en concepto de sanción la suma igual al 15 por ciento del capital moroso.

5. Yo entiendo que además de cualquier otro proceso de recaudación, cualquier multa o penalidad podrá dar lugar a un gravamen a favor de los Estados Unidos contra mi propiedad y mis derechos de propiedad en concepto de pago de dicha multa o indemnización, como si mi responsabilidad de pago fuese una responsabilidad de pago de un impuesto evaluado bajo el Código Nacional de Ingresos.

6. Yo entiendo que si falto a propósito en pagar mi multa o indemnización, entonces el Juez puede revocar mi libertad condicional o plazo de excarcelación supervisada, modificar las condiciones de mi supervisión o volver a dictarme la pena que me podría haber dictado originalmente.

7. Yo sé que si yo falto a propósito en pagar mi multa, entonces puede ser que yo sea culpable de un delito aparte del delito al cual me estoy declarando culpable. Entiendo que si llego a ser condenado por este nuevo delito, que se llama "Incumplimiento Penal" y que está contemplado en 18 Código Federal, Artículo 3615, se me puede imponer una multa máxima equivalente a dos veces el monto del saldo de la multa que queda por pagar o $10,000, cualquiera de los dos que sea mayor, encarcelamiento hasta un año, ó ambas cosas.

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

**ANEXO B**
INDEMNIZACIÓN
(Véase 18 Código Federal Artículos 3663, 3663A y 3664)

    1.    Yo sé que además de cualquier plazo de encarcelamiento, excarcelación supervisada, libertad condicional, multa y otras sanciones que el Juez me pueda imponer, también podrá obligarme a indemnizar a cualquier víctima o víctimas del delito que he cometido, para recompensar cualquier pérdida que pueden haber sostenido como resultado de mi conducta.

    2.    Yo entiendo que una orden de pagar indemnización puede ser aplicado por el gobierno de la manera contemplada para la recaudación de multas e indemnización dispuesta por el Título 18 del Código Federal, Artículos 3611-15 (Véase el Anexo A), o de la misma manera que un fallo en una acción civil. Entiendo además que cualquier víctima nombrada en la orden de indemnización puede hacerse valer la orden de la misma manera que haría valer un fallo en un proceso civil.

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]

## TRANSLATOR'S CERTIFICATION

I hereby certify that I am a Spanish/English interpreter certified by the Administrative Office of the United States Courts. I further state that I have personally translated the attached Statement in Advance of Plea of Guilty in the case of US v. Oscar Arriola, 03-cr-00614-REB, and that it is a true and accurate Spanish translation of the original English document, done to the best of my knowledge and ability.

Signed on this 30th day of January 2011.

*[signature]*

Ruth A. Warner

[Spanish translation of Statement in Advance of Plea, 03-cr-00614-REB-01, US v. Oscar Arriola]