**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00614-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. OSCAR ARRIOLA,

      Defendant.

---

**MINUTE ORDER**[1]

---

On August 5, 2011, the court conducted a telephonic setting conference to set this matter for a sentencing hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **December 9, 2011**, commencing at 8:30 a.m., the court shall conduct the sentencing hearing in this matter. The court reserves the remainder of the morning for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 5, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.