Oscar Arriola
Reg # 36810-013
FCI BASTROP
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2022
JEFFREY P. COLWELL
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| OSCAR ARRIOLA, ] | |
| Petitioner, ] | |
| ] | |
| Vs. ] | |
| ] | Crim. No: 1:03-cr-00614-REB-1 |
| UNITED STATES OF AMERICA, ] | |
| Respondent, | |

### PETITION FOR CLARIFICATION OF JUDGMENT

On This September 21, 2022, Oscar Arriola, ("Petitioner") acting Pro se, respectfully moves this Honorable District Court for a clarification of judgement respecting his sentencing credit for time served in a Mexican jail while awaiting extradition to the United States under federal charges for the above captioned criminal case number.

1

Mr. Arriola presents the following facts in support of this petition:

I. **MEXICO DETAINES AND EXTRADITES OSCAR ARRIOLA TO FACE DRUG TRAFFICKING CHARGES IN COLORADO**

1. On December 16, 2003, a federal indictment was filed against Oscar Arriola in the District of Colorado charging him with: Conspiracy to Distribute Controlled Substance in violation of Tilte 21 U.S.C Sec. 846 (Count One), Attempt/Conspiracy to Import/Export Controlled Substances in violation of Title 21 U.S.C Sec. 963 (Count 2) and Money Laundering Sell/Distr/Disp Controlled Substances in violation of Title 18 U.S.C Sec. 1956-6801. Id. 1:03-CR-00614-REB-1 (Doc # 1).

2. On December 16, 2003 arrest warrant was issued for Oscar Arriola. (Entered: 12/17/2003). Se. Doc # 3.

3. On February 2, 2006, Oscar Arriola was arrested in Mexico and was placed in Mexican custody pending extradition to the U.S. **See Exhibit A.**

4. On March 2, 2010, Oscar Arriola was extradited to the United States to face federal drug charges in the District of Colorado.

5. On February 22, 2011, Oscar Arriola accepted responsibility by for of Plea Agreement. (Doc. # 240).

6. On April 13, 2012, Oscar Arriola was sentenced to be imprisoned for 270 months, concurrent. Supervised release 5 years, concurrent. Assessment $300. fine $1,000,000. Criminal Case Terminated.

7. On October 17, 2016, Oscar Arriola's Judgment was amended Imprisonment: 258 months, as to each of Counts 1, 2, and 3, to be served

2

concurrently. Supervised Release: 5 years, as to each of Counts 1, 2, and 3, to be served concurrently.

## II   CLARIFICATION FOR THE COURT

Clarification of judgment is essential in the case at hand, concerning the credit for the time Mr. Arriola spent in jail in the Mexican jurisdiction pending his extradition. Clarification is proper because any of the formal documents including Sentencing Minutes (Doc. # 290), Judgment and Commitment Document (Doc # 292) or Amended Judgment Document (Doc. # 313) make specific finding respecting the above matter.

Oscar Arriola was indicted by federal grand jury in Denver on December 16, 2003. He was arrested in Mexico on February 2, 2006. On March 2, 2010, Oscar Arriola was extradited. He on February 22, 2011, accepted responsibility by way of plea agreement. He On April 13, 2012, was sentenced to 270-months. His judgment was amended on October 17, 2016, to a sentence of 258-months.

Mr. Arriola's release date from custody reflects an out date of July 10, 2028. In accounting his arrest in Mexico on February 2, 2006, clarification of judgment is invoked by this honorable court since credit for the time Mr. Arriola spent in a Mexican jail awaiting extradition in not reflecting in hos release date and may create confusion.

Mr. Arriola was not immediately extradited to the United States. Rather, he was detained in Mexico from February 2, 2006, until March 2, 2010. Mr. Arriola spent 4-years and 3-months in a Mexican jail awaiting his extradition. Because Petitioner was "exclusively in custody on federal charges related to the sentence he is currently

serving for the present crime", Mr. Arriola presents that he is entitled to credit on his federal sentence for any of the time he spent in Mexican jails.

Mr. Arriola has addressed the above matter to the BOP at Bastrop FCI records however, BOP has demanded formal court's clarification of judgement in this matter in order for them to accredit the more than 4-years that Mr. Arriola spent in a Mexican jail.

Mr. Arriola exposes that relating to his criminal case 1:03-cr-00614-REB, pertaining to his brother and co-defendant Miguel Arriola, this honorable court accredited him 4-years for the time he spent in a Mexican jail awaiting his extradition to face the same criminal indictment that Mr. Arriola faced. Mr. Miguel Arreola was release from prison on October 25, 2021. Additionally, in the same court, Saul Saucedo Chaidez was also accredited for the time spent in Mexico awaiting his extradition.

In an unrelated criminal matter however in the same District of Colorado, dealing with the same prosecution officer as Mr. Arriola, Arriola presents the case in United States v. Miguel Angel Caro-Quintero, (Brother of Notorious Sinaloa Cartel member, Rafael Caro Quintero arrested in August 2022, pending extradition to face criminal charges in the United States, wanted over the 1985 kidnapping and murder of U.S. Drug Enforcement Administration (DEA) agent Enrique Camarena), indicted by a federal grand jury in Denver in 1990. As Mr. Arriola's criminal case, Miguel Anguel Caro-Quintero was extradited to the United States, Caro Quintero was extradited on February 25, 2009. Prior to his extradition, Caro-Quintero was held in custody pending extradition, and served a prison sentence in Mexico for weapon possession crimes. Caro-Quintero had previously admitted to trafficking more than 100 tons of marijuana from 1985 through 1988, resulting in more than $100,000,000 in payment being sent to Mexico. Was sentenced by U.S. District Court Judge Philip A. Brimmer to serve 204 months (17 years) in federal prison,

4

followed by 2 years of supervised release, for his role in operating a large-scale marijuana trafficking organization in Colorado.

Arriola presents that Mr. Caro Quintero was sentenced in the same Colorado District Court and then extradited to the United States after serving time for charges in the Mexican jurisdiction.

The District of Colorado Court granted Mr. Caro Quintero credit for the time he spent in prison awaiting his extradition. With this in mind Mr. Arriola exposes that his co-defendants as well as Mr. Caro Quintero where accredited for the time they spent in Mexico awaiting extradition. Now Mr. Arriola prays that this honorable court joins the waive and clarify his judgment by formally announcing that he is accredited for the 4-years 3-months he spent in a Mexican jail awaiting extradition.

Mr. Arriola thus present that he is entitled to credit on his federal sentence for any of the time he spent in Mexican jails. Mr. Arriola presents that in order for him to be accredited for that time, the FBOP has requested court's clarification of judgment in this matter in order for them to accredit the more than one year that Petitioner spent in Mexican jails.

**WHEREFORE,** Oscar Arriola respectfully requests that this Honorable District Court clarify his judgment specifying his entitlement to the time he spent in Mexican jails pending his extradition on the present charges.

Date:                                              Respectfully Submitted

                                                   *Oscar Arriola*

## CERTIFICATE OF SERVICE

I, Oscar Arriola, hereby certify under penalty of perjury that on this September 21, 2022, I placed a copy of the foregoing Motion for Clarification of Judgment in the hands of prison officers at the FCI, Bastrop, TX., mailing system with sufficient prepaid postal. A copy of the foregoing is to be served to the U.S. Attorney's office for the District of Colorado (Denver Division).

Respectfully Submitted

*Oscar Arriola*

EL PASO TX 799
FRI 23 SEP 2022 PM

United States District Court
District of Colorado
Denver Division
901 19th Street
Denver, CO. 80294

Oscar Arriola
Reg # 36810-013
Federal Correctional Institution
P.O. Box 1010
Bastrop, TX 78602